**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DAVID KEITH SCHULT, | ) | |
| Petitioner, | ) | 3:12-cv-00001-ECR-VPC |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of **a new petition in a new action**.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner the following: (1) one copy of the habeas petition in the instant action; (2) two copies of an *in forma pauperis* application form for a prisoner, with one copy of the instructions for the same; and (3) two copies of a blank 28 U.S.C. § 2254 habeas petition form, with one copy of instructions for the same.

1 **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he may not file further documents in this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this 5th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE