AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

DAVID KEITH SCHULT,

    Petitioner,     JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:12-CV-00001-ECR-VPC**

STATE OF NEVADA, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of **a new petition in a new action**.

    **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he may not file further documents in this action.

   January 6, 2012     **LANCE S. WILSON**
                               Clerk

                                  /s/ D. R. Morgan
                                  Deputy Clerk